## Expandable Cube
Item # LP992



$21.85

Quantity:

ShareThis 🌀 🌀 🌀 🌀
- 
- 
- Send to a friend

## Customer Ratings:
⭐⭐⭐⭐⭐
5 reviews
Write a review | See all 5 reviews


- 


- 


- 


- 


- 


- 

EXHIBIT "B" – Page 1 of 2

1



Colors:



- Description
- More Info
- Customer Reviews

**Expandable Pack-It® Cube gives you extra space when you need it.** This handy cube expands an additional 2½" with the pull of a zipper to make it easy to pack those extra items you accumulate along the way. Made of durable nylon, it has a mesh top for easy inspection by airport security, and a quick-grab handle for easy retrieval from your suitcase or carry-on bag. (14 x 10 x 3")

 This item can be gift bagged.

## More Information:

The Pack-It Expandable Cube compresses or expands to carry more clothes in less space. It has a mesh top for visibility and breathability, and a quick-grab handle for easy transport.

**Product Features:**

- Expandable/compressible zipper to adjust depth
- Great for shirts, sweaters or pants
- Mesh top for visibility and breathability
- Quick-grab handle

**Size:** 14 x 10 x 3"

EXHIBIT "B" – Page 2 of 2

2